[No. 22646-4-II.    Division Two.    July 16, 1999.]

JOSEPH ATKINSON, ET AL., *Appellants*, v. UNITED PARCEL SERVICE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-11399-8, Vicki L. Hogan, J., entered October 17, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 22654-5-II.    Division Two.    July 16, 1999.]

PREY PRIM LONG, ET AL., *Appellants*, v. JOHN D. HARTMAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-08619-9, Vicki L. Hogan, J., entered October 17, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Houghton, J., concurred in by Armstrong, A.C.J., and Seinfeld, J.

[No. 22751-7-II.    Division Two.    July 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK JOVAN TROY SPENCER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-02168-7, Thomas Felnagle, J., entered December 10, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 22835-1-II.    Division Two.    July 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN M. HERINGLAKE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 97-1-01531-0, Gary Tabor, J., entered December 16, 1997. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Seinfeld and Hunt, JJ.